Argued September 26, reversed and remanded
for resentencing October 15, 1979

STATE OF OREGON,
*Respondent,*
*v.*
TOMMY DARRELL HOOVER,
*Appellant.*
No. 40537, CA 13213)

601 P2d 135

Marilyn C. McManus, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Michael J. Francis, Certified Law Student, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Gillette and Roberts, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the convictions for assault in the third degree and assault in the fourth degree should have been merged into the conviction for assault in the second degree.

Reversed and remanded for resentencing.